Certificate Number: 16339-PAE-DE-040984299

Bankruptcy Case Number: 26-11606



16339-PAE-DE-040984299

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 16, 2026, at 7:19 o'clock PM EDT, Tyler Smith completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   May 16, 2026                By:   /s/Kris Krumal

Name:  Kris Krumal

Title:  Certified Financial Counselor